Andrew R. McCloskey (SBN 7441)
LAW OFFICES OF ANDREW R. McCLOSKEY
2300 West Sahara Avenue, Suite 300, Box 2
Las Vegas, Nevada 89102
Telephone:     (702) 387-4565
Facsimile:     (702) 387-4566
E-mail: amccloskey@rmwllp.com

Attorneys for Defendants, TRAVELERS CASUALTY
& SURETY COMPANY (f/k/a THE AETNA CASUALTY
& SURETY COMPANY); ST. PAUL FIRE AND MARINE
INSURANCE COMPANY; THE TRAVELERS COMPANIES, INC.
(erroneously sued as THE ST. PAUL TRAVELERS
COMPANIES, INC.); and THE STANDARD FIRE INSURANCE
COMPANY (erroneously sued and served as THE STANDARD
INSURANCE COMPANY)

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEL WEBB CORPORATION; DEL WEBB COMMUNITIES, INC.; TERRA VITA HOME CONSTRUCTION CO.; and DEL WEBB'S COVENTRY HOMES OF NEVADA, INC., <br><br>    Plaintiffs, <br><br> vs. <br><br> TRAVELERS CASUALTY & SURETY COMPANY (formerly known as THE AETNA CASUALTY & SURETY COMPANY); ST. PAUL FIRE AND MARINE INSURANCE COMPANY; THE ST. PAUL TRAVELERS COMPANIES, INC. (formerly known as THE ST. PAUL COMPANIES, INC.); THE TRAVELERS COMPANIES, INC.; THE STANDARD INSURANCE COMPANY; AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY; FEDERAL INSURANCE COMPANY; THE CHUBB GROUP OF INSURANCE COMPANIES; and DOES 1-50, <br><br>    Defendants. | CASE NO. <br> Assigned to: <br><br> **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(a) (DIVERSITY)** |

1

NOTICE OF REMOVAL

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE that defendants Travelers Casualty & Surety Company (f/k/a The Aetna Casualty & Surety Company); St. Paul Fire and Marine Insurance Company; The Travelers Companies, Inc. (also erroneously sued as The St. Paul Travelers Companies, Inc.); and The Standard Fire Insurance Company (erroneously sued and served as The Standard Insurance Company) (collectively "Travelers"), hereby remove to this Court the state court action described below.

1. On January 21, 2010, an action was commenced in the District Court for Clark County, Nevada entitled <u>Del Webb Corporation, et al. v. Travelers Casualty Surety & Company, et al.</u>, Case Number A-10-608535-B (hereinafter "State Action"). A true and correct copy of the State Action summons and complaint is attached hereto as Exhibit "A."

2. Travelers removes this action to this division of the District of Nevada because the State Action was pending in Clark County, located in the Las Vegas Division of the District of Nevada.

3. The remaining defendants American Guaranty & Liability Insurance Company, Federal Insurance Company and Chubb Group of Insurance Companies join in the removal.

4. On January 21, 2010, plaintiffs Del Webb Corporation, Del Webb Communities, Inc., Terravita Home Construction Co., and Del Webb's Coventry Homes of Nevada, Inc. (collectively "Del Webb") filed the State Action. On January 27, 2010, a copy of the summons and complaint was delivered to the Commissioner of Insurance for the State of Nevada.

5. On February 1, 2010, the Commissioner of Insurance served by certified mail a summons and a copy of the State Action complaint to the following defendants: 1) Travelers Casualty and Surety Company; 2) St. Paul Fire and Marine Insurance Company; 3) Standard Insurance Company; and 4) Federal Insurance Company. A true and correct copy of the Commissioner of Insurance's letter and Proof of Service to Travelers Casualty and Surety Company are attached hereto as Exhibit "B." A true and correct copy of the Proofs of Service to St. Paul Fire, Standard and Federal are attached hereto as Exhibit "C."

///

6. According to counsel for plaintiffs, on February 5, 2010, plaintiffs attempted to serve the erroneously named defendant Chubb Group of Insurance Companies via the Secretary of State. To date, counsel for Federal Insurance Company and the erroneously named Chubb Group of Insurance Companies has yet to receive confirmation of service of process upon the Chubb Group of Insurance Companies.

7. On February 18, 2010, defendant American Guaranty & Liability Insurance Company was served with a copy of the summons and a copy of the State Action complaint. A true and correct copy of the Proof of Service is attached hereto as Exhibit "D."

8. At this time, defendant The Travelers Companies, Inc. (also erroneously sued as The St. Paul Travelers Companies, Inc.) has not been served with the summons and copy of the State Action complaint.

9. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by defendants pursuant to the provisions of 28 U.S.C. § 1441(a) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000.

10. Travelers is informed and believes that plaintiff Del Webb Corporation was and is a Delaware corporation, and its principal place of business is in Michigan. See, State Action Complaint attached as Exhibit "A," page 2:9-10.

11. Travelers is informed and believes that plaintiff Del Webb Communities was and is an Arizona corporation, and its principal place of business is in Michigan. See, State Action Complaint attached as Exhibit "A," page 2:11-12.

12. Travelers is informed and believes that plaintiff Terravita Home Construction Co. was and is an Arizona corporation, and its principal place of business is in Michigan. See, State Action Complaint attached as Exhibit "A," page 2:13-14.

13. Travelers is informed and believes that plaintiff Del Webb's Coventry Homes of Nevada, Inc. was and is an Arizona corporation, and its principal place of business is in Michigan. See, State Action Complaint attached as Exhibit "A," page 2:15-16.

///

14. Defendant Travelers Casualty & Surety Company was and is a Connecticut corporation, and its principal place of business is in Connecticut. See, State Action Complaint attached as Exhibit "A," page 2:17-21.

15. Defendant St. Paul Fire & Marine Insurance Company was and is a Minnesota corporation, and its principal place of business is in Minnesota. See, State Action Complaint attached as Exhibit "A," page 2:22-24;

16. Defendant The Travelers Companies, Inc. (also erroneously sued as The St. Paul Travelers Companies, Inc.) was and is a Minnesota corporation, and its principal place of business is in Minnesota. See Exhibit "1" attached to the Declaration of Andrew R. McCloskey.

17. Defendant The Standard Fire Insurance Company (erroneously sued and served as The Standard Insurance Company) was and is a Connecticut corporation, and its principal place of business is in Connecticut. See Exhibit "2" attached to the Declaration of Andrew R. McCloskey.

18. Travelers is informed and believes that defendant American Guarantee and Liability Insurance Company was and is a New York corporation, and its principal place of business is in New York. See, State Action Complaint attached as Exhibit "A," page 3:14-17.

19. Travelers is informed and believes that defendant Federal Insurance Company is an Indiana corporation, and its principal place of business is in New Jersey. See, State Action Complaint attached as Exhibit "A," page 3:17-20.

20. Travelers is informed and believes that defendant The Chubb Group of Insurance Companies is an erroneously named defendant, as it is not a legal entity.

21. Travelers is informed and believes that Del Webb is seeking in excess of $75,000 from defendants. In the State Action complaint, Del Webb brought claims for Declaratory Judgment, Breach of Contract, Bad Faith and Unfair Claims Settlement Practices against defendants. Del Webb alleges that it has spent more than $25 million dollars to investigate and repair damages relating to cracking of concrete foundation slabs made by homeowners residing in the Anthem Country Club, Sun City Anthem, and Coventry developments located in Henderson, Nevada. According to Del Webb, it had asked Travelers and Zurich to defend and indemnify Del Webb with respect to the concrete claims. Del Webb contends that pursuant to policies issued

to Del Webb, Travelers, and Federal have a duty to reimburse Del Webb for the costs Del Webb incurred in resolving the concrete claims. Del Webb alleges that Travelers and Federal have failed to defend and indemnify Del Webb for Del Webb's costs to resolve the concrete claims.

Del Webb seeks a declaration of the defendants' obligation under the policies issued to Del Webb and for damages arising out of the breach of the policies. As to Travelers, Del Webb alleges that as a result of Travelers' bad faith conduct, Del Webb is entitled to punitive damages and legal costs incurred to obtain policy benefits.

22. The summons and the State Action Complaint attached hereto represent all notice, process and proceedings received by Travelers, and to the knowledge of Travelers, no hearings or proceedings have taken place in this action.

DATED:   March 2, 2010

Respectfully submitted,
LAW OFFICES OF ANDREW R. McCLOSKEY

_____
Andrew R. McCloskey

Attorneys for Defendants, TRAVELERS CASUALTY & SURETY COMPANY (f/k/a THE AETNA CASUALTY & SURETY COMPANY); ST. PAUL FIRE AND MARINE INSURANCE COMPANY; THE TRAVELERS COMPANIES, INC. (erroneously sued as THE ST. PAUL TRAVELERS COMPANIES, INC.); and THE STANDARD FIRE INSURANCE COMPANY (erroneously sued and served as THE STANDARD INSURANCE COMPANY)

**PROOF OF SERVICE BY MAIL**

<u>Del Webb Corporation, et al. v. Travelers Casualty & Surety Company, et al.</u>

I, Nancy A. Teichert, declare as follows:

I am employed with the law firm of Riedl, McCloskey & Waring LLP, whose address is 550 West C Street, Suite 2050, San Diego, California 92101.

On March 2, 2010, I served the within document(s) described as:

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(a) (DIVERSITY)**

by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Scott S. Thomas, Esq.<br>Matthew K. Brown, Esq.<br>Payne & Fears LLP<br>7251 W. Lake Mead Blvd., Suite 525<br>Las Vegas, NV 89128<br><br>Telephone: (702) 382-3574<br>Facsimile: (702) 382-3834<br><br>Attorney for Plaintiffs | Thomas D. Beatty, Esq.<br>Law Offices of Thomas D. Beatty<br>601 E. Bridger Avenue<br>Las Vegas, NV 89101<br>Telephone: (702) 382-5111<br>Facsimile: (702) 382-3892<br><br>Stephen Youngerman<br>Youngerman & McNutt LLP<br>11150 West Olympic Blvd., Suite 900<br>Los Angles, CA 90064<br>Telephone: (310) 478-3780<br>Facsimile: (310) 478-3831<br><br>Attorneys for Defendant:<br>American Guarantee & Liability Insurance Company |
| Carrie McCrea Hanlon, Esq.<br>Pyatt Silvestri & Hanlon<br>701 Bridger Avenue #600<br>Las Vegas, Nevada 89101<br>Telephone: (702) 383-6000<br><br>Jaymeson Pegue, Esq.<br>Garo K. Hovannisian, Esq.<br>Leslie Pegue, Esq.<br>Nelsen, Thompson, Pegue & Thornton<br>12100 Wilshire Boulevard, Suite 500<br>Los Angeles, California 90025<br>Telephone: (310) 315-1001<br><br>Attorneys for Defendants: Federal Insurance Company and the erroneously named Chubb Group of Insurance Companies | |

( X )   **(By Mail)** I deposited such envelope in the mail at San Diego, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

(  )   **(By Federal Express)** I delivered to an authorized driver authorized by Federal Express to receive documents, in an envelope or package designated by Federal Express with delivery fees paid or provided for, addressed to the person on who it is to be served, at the office address as last given by that person on any document filed in the cause and served on the party making service; or at that party's place of residence.

(  )   **(By Facsimile)** I faxed such document(s) from San Diego, California, to the facsimile number(s) shown on the service list. The sending facsimile machine number is (619) 237-3789. The transmission was reported as complete and without error and the transmission report was properly issued by the transmitting facsimile machine.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 2, 2010, at San Diego, California.

_Nancy A. Teichert_
Nancy A. Teichert