# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DEL WEBB CORPORATION, *et al.*, | |
| Plaintiffs, | Case No. 2:10-cv-00285-LDG (LRL) |
| v. | **ORDER** |
| TRAVELERS CASUALTY & SURETY COMPANY, *et al.*, | |
| Defendants. | |

For good cause shown,

THE COURT **ORDERS** that Defendants' Motions for Reconsideration (## 49, 52) are DENIED.

DATED this 29 day of March, 2011.

_____
Lloyd D. George
United States District Judge