Scott S. Thomas, Bar No. 7937
Matthew K. Brown, Bar No. 9521
PAYNE & FEARS LLP
Attorneys at Law
7251 W. Lake Mead Blvd, Suite 525
Las Vegas, NV 89128
Telephone: (702) 382-3574
Facsimile: (702) 382-3834

Attorneys for Plaintiffs DEL WEBB CORPORATION; DEL WEBB COMMUNITIES, INC.; TERRAVITA HOME CONSTRUCTION CO.; and DEL WEBB'S COVENTRY HOMES OF NEVADA, INC.

# UNITED STATES DISTRICT COURT

# FOR DISTRICT OF NEVADA

| | |
|---|---|
| DEL WEBB CORPORATION; DEL WEBB COMMUNITIES, INC., TERRAVITA HOME CONSTRUCTION CO.; and DEL WEBB'S COVENTRY HOMES OF NEVADA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TRAVELERS CASUALTY & SURETY COMPANY (formerly known as THE AETNA CASUALTY & SURETY COMPANY),; ST. PAUL FIRE AND MARINE INSURANCE COMPANY; THE ST. PAUL TRAVELERS COMPANIES, INC. (formerly known as THE ST. PAUL COMPANIES, INC.); THE TRAVELERS COMPANIES, INC.; THE STANDARD INSURANCE COMPANY,; AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY,; FEDERAL INSURANCE COMPANY,; THE CHUBB GROUP OF INSURANCE COMPANIES; and DOES 1-50, <br><br> Defendants. | CASE NO. 2:10-CV-00285-LDG (LRL) <br><br> **STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE** |

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiffs Del Webb
2 Corporation, Del Webb Communities, Inc., Terravita Home Construction Co., and Del Webb's
3 Coventry Homes of Nevada, Inc. (collectively, "Del Webb") and defendants Travelers Casualty
4 and Surety Company (formerly known as Aetna Casualty & Surety Company), St. Paul Fire &
5 Marine Insurance Company, The St. Paul Travelers Companies, Inc., The Travelers Companies,
6 Inc., American Guarantee and Liability Company, and Federal Insurance Company, through their
7 respective undersigned counsel of record, stipulate that Del Webb's action be dismissed without
8 prejudice as to all defendants, with each party to bear its own fees and costs.

Dated: August 4, 2011            PAYNE & FEARS LLP

By: /s/ Scott S. Thomas
Scott S. Thomas, Bar No. 7937
Matthew K. Brown, Bar No. 9521
7251 W. Lake Mead Blvd, Suite 525
Las Vegas, NV 89128
Telephone: (702) 382-3574

Attorneys for Plaintiffs DEL WEBB CORPORATION; DEL WEBB COMMUNITIES, INC.; TERRAVITA HOME CONSTRUCTION CO.; and DEL WEBB'S COVENTRY HOMES OF NEVADA, INC.

Dated: July 29, 2011             WESTON & McELVAIN, LLP

By: /s/ Richard Weston
Richard Weston
Wynn C. Kaneshiro
27520 Hawthorne Blvd Ste 180
Rolling Hills Estates, CA 90274
Telephone: (310) 541-8341

Attorneys for TRAVELERS CASUALTY AND SURETY COMPANY (f/k/a AETNA CASUALTY & SURETY COMPANY); ST. PAUL FIRE & MARINE INSURANCE COMPANY; THE ST. PAUL TRAVELERS COMPANIES, INC.; and THE TRAVELERS COMPANIES, INC.

Dated: July 25, 2011                NELSEN, THOMPSON, PEGUE & THORNTON

By: /s/ Jaymeson Pegue
    Jaymeson Pegue
    12100 Wilshire Boulevard; Suite 500
    Los Angeles, CA 90025-7121
    Telephone: (310) 315-1001

    Attorneys for FEDERAL INSURANCE COMPANY

Dated: July 19, 2011                YOUNGERMAN & McNUTT LLP

By: /s/ Stephen Youngerman
    Stephen Youngerman
    Admitted Pro Hac Vice
    11150 West Olympic Boulevard, Suite 900
    Los Angeles, CA  90064
    Telephone: (310) 478-3780

LAW OFFICES OF THOMAS BEATTY
    Thomas Beatty
    601 E. Bridger Avenue
    Las Vegas, NV 89101
    Telephone (702) 382-5111

    Attorneys for Defendant AMERICAN GUARANTEE
    & LIABILITY INSURANCE COMPANY

4815-8042-3434.1

ORDER

IT IS SO ORDERED.

DATED THIS ___8___ day of August, 2011

_____
    Lloyd D. George
    Sr. U.S. District Judge